IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY DON STEVENS                                      PLAINTIFF
ADC #116528

v.                          No. 4:14-cv-693-DPM-HDY

WASHINGTON COUNTY
DETENTION CENTER; COLEMAN, Sergeant,
Washington County Detention Center; CARTER,
Corporal, Washington County Detention Center;
U.S. BANK NATIONAL ASSOCIATION; FIELDS,
DFCC, Washington County Detention Center; and
JOHN DOE, Deputy Sheriff                              DEFENDANTS

### ORDER

Stevens filed this action alleging that he did not receive the full amount owed from a vehicle insurance claim while incarcerated in the Washington County Detention Center. № 2 at 3. From the facts alleged and the persons sued, venue properly lies in the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would best be served by transferring this case there. 28 U.S.C. § 1406(a). The Court directs the Clerk to immediately* transfer Stevens's entire case file to the United States District

---

\* There is no need to delay transfer because both courts are within the Eighth Circuit. *In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982).

Court for the Western District of Arkansas.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 December 2014